```
                                             X  FILED       LODGED
                                             ___ RECEIVED  ___ COPY

1   WO                                          MAY 0 7 2007

2                                            CLERK U S DISTRICT COURT
                                               DISTRICT OF ARIZONA
3                                            BY_____ DEPUTY
```

4

5

6                 IN THE UNITED STATES DISTRICT COURT

7                     FOR THE DISTRICT OF ARIZONA

8

9    United States of America,         )    07-3186M

10          Plaintiff,                 )    **MATERIAL WITNESS ORDER**

11    vs.                                           )

12    Raul Palacios-Sarabia,          )

13          Defendant.                )

14    _____)

15

16         Defendant(s) Raul Palacios-Sarabia, having been charged in the District of

17 Arizona with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and the

18 Court having determined from the affidavit of Rodney B. Sharff filed in this case, the

19 following person(s) can provide testimony that is material to the offense(s) alleged in the

20 complaint:

21 Gaudencio Lopez-Solano and Francisco Ramirez-Guerrero

22         The Court finds that it may become impracticable to secure the presence of the

23 witness(es) by subpoena in further proceedings because they are not in the United States

24 legally and have no legal residence or employment in this Country.

25         **IT IS ORDERED** that the witness(es) shall be detained pursuant to 18 USC §

26 3144 in a corrections facility separate, to the extent practicable, from person(s) awaiting or

27

28

1  serving sentences or being held in custody pending appeal. The witness(es) shall be afforded
2  a reasonable opportunity for private consultation with counsel.
3        DATED this 7th day of May, 2007.

                                                Lawrence O. Anderson
                                                United States Magistrate Judge